IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,           )
                                    )
      Plaintiff,                 )
                                    )
v.                                  )     No.  3:06-cr-0144-13
                                    )     Chief Judge Haynes
JASON LAW,                          )
                                    )
      Defendant.                 )

## O R D E R

A revocation hearing is set in this action for **Friday, September 13, 2013 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _28th_ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court